UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH M. YEZIERSKI,<br>    Plaintiff,<br><br>        v.<br><br>SMITH & NEPHEW, INC.,<br>    Defendant. | No. 3:12-cv-1646 (SRU) |

## ORDER GRANTING AND DENYING IN PART
## PLAINTIFF'S MOTION TO EXTEND DEADLINES

Plaintiff Joseph Yezierski moved to extend the deadlines in this case (doc. 84), and defendant Smith & Nephew, Inc., objected shortly thereafter (doc. 85). I grant and deny in part Yezierski's motion with the following deadlines:

| | |
|---|---|
| Fact Discovery: | February 2, 2015 |
| Plaintiff's Expert Disclosure: | February 2, 2015 |
| Depositions of Plaintiff's Experts: | March 16, 2015 |
| Defendants' Expert Disclosure: | May 1, 2015 |
| Depositions of Defendants' Experts: | July 15, 2015 |
| Dispositive Motion Deadline: | August 14, 2015 |

Yezierski shall respond to any outstanding discovery on or before December 19, 2014.

No further extensions of case deadlines are likely to be granted.

It is so ordered.

Dated at Bridgeport, Connecticut, this 8th day of December 2014.

                                                                                     /s/ STEFAN R. UNDERHILL
                                                                                      Stefan R. Underhill
                                                                                      United States District Judge